## IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

STEPHEN CAULFIELD, )
)
       Plaintiff, )
)
vs. ) Case No.
)
TEXAS ROADHOUSE HOLDINGS, )
LLC, )
)
       Defendant. )

### PETITION

**COMES NOW** plaintiff, by and through his attorneys of record, and for his cause of action against defendant Texas Roadhouse Holdings, LLC states, alleges and avers as follows:

1. Jurisdiction and venue are proper in the Circuit Court of Greene County, Missouri because the incident alleged herein occurred in Greene County, Missouri and the amount in controversy exceeds $25,000.00.

2. On March 28, 2019, defendant owned, maintained, controlled and/or maintained a Texas Roadhouse restaurant located at 255 E. Monastery Street, Springfield, Missouri.

3. On March 28, 2019, plaintiff was a customer at defendant's Texas Roadhouse restaurant.

4. As plaintiff was walking from the parking lot towards the front entry door of defendant's restaurant, he slipped on one or more peanut shells, fell forward, and struck the frame of the entry door with his head and face.

1

5. There were peanut shells on the ground of defendant's premises adjacent to the entryway of defendant's restaurant and as a result the ground of defendant's premises adjacent to the entryway of defendant's restaurant was not reasonably safe.

6. Defendant knew or by using ordinary care could have known of the dangerous condition of its premises.

7. Defendant failed to use ordinary care to:

(a) Remedy or remove the dangerous condition; and/or

(b) Warn of the dangerous condition.

8. As a result of defendant's failure to exercise ordinary care, plaintiff sustained the following:

(a) Past and future expenses for medical supplies, medicine, and the services of physicians, nurses, hospitals, pharmacists, therapists, psychologists, and other health care providers and related medical expenses;

(b) Injury to his head;

(c) Injury to his brain;

(d) Injury to his face;

(e) Injury to his nose;

(f) Injury to his left eye;

(g) Injury to his neck;

(h) Injury to his shoulders;

(i) Loss of household contributions.

**WHEREFORE** plaintiff prays for a judgment against defendant in such sum as is fair and reasonable, for an award of his taxable court costs, and for such further and additional relief as is just and proper.

                                        **AARON SACHS & ASSOCIATES, P.C.**

*/s/ Daniel P. Molloy*

DANIEL P. MOLLOY       #58871
3271 E. Battlefield, Suite 350
Springfield, MO 65804
Ph. (417) 889-1400
Fax (417) 889-5359
daniel@autoinjury.com
Attorney for Plaintiff

3



# IN THE 31ST JUDICIAL CIRCUIT, GREENE COUNTY, MISSOURI

| Judge or Division:<br>MICHAEL J CORDONNIER | Case Number: 2031-CC00888 |
|---|---|
| Plaintiff/Petitioner:<br>STEPHEN CAULFIELD<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DANIEL PATRICK MOLLOY<br>3271 EAST BATTLEFIELD<br>SUITE 350<br>SPRINGFIELD, MO  65804 |
| Defendant/Respondent:<br> TEXAS ROADHOUSE HOLDINGS LLC | Court Address:<br>JUDICIAL COURTS FACILITY<br>1010 N BOONVILLE AVE<br>SPRINGFIELD, MO  65802 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** TEXAS ROADHOUSE HOLDINGS LLC
     **Alias:**
 R/A CSC-LAWYERS INC SERVICE
 221 BOLIVAR ST
 JEFFERSON CITY, MO  65101

*COURT SEAL OF*



*GREENE COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

       07/28/2020                           /S/ THOMAS R. BARR BY CR
          Date                                        Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____    _____
   Printed Name of Sheriff or Server              Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
*(Seal)*
My commission expires: _____   _____
                          Date                              Notary Public

**Sheriff's Fees, if applicable**
Summons             $_____
Non Est             $_____
Sheriff's Deputy Salary
Supplemental Surcharge   $    10.00
Mileage             $_____ (_____ miles @ $._____ per mile)
**Total**               $_____
A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only*: Document Id # 20-SMCC-1597      1  of  1      Civil Procedure Form No. 1; Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:20-cv-03278-RK   Document 1-2   Filed 09/03/20   Page 4 of 15

## IN THE CIRCUIT COURT OF GREENE COUNTY
## STATE OF MISSOURI

| | |
|---|---|
| STEPHEN CAULFIELD, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | Cause No.: 2031-CC00888 |
| v. ) | |
| ) | Division: I |
| TEXAS ROADHOUSE HOLDINGS, LLC ) | |
| ) | JURY TRIAL DEMANDED |
|    Defendant. ) | |

### ENTRY OF APPEARANCE

COME NOW John P. Kemppainen, Jr. and Rynearson, Suess, Schnurbusch & Champion, LLC, and hereby enter their appearance on behalf of Defendant Texas Roadhouse Holdings, LLC in the instant case.

 

**RYNEARSON, SUESS, SCHNURBUSCH
& CHAMPION, LLC**

BY   /s/ John P. Kemppainen, Jr.
    John P. Kemppainen, Jr.    #42461
    Jennifer L. Woulfe         #64252
    *Attorneys for Defendant.*
    500 N. Broadway, Suite 1550
    St. Louis, MO 63102
    314-421-4430/314-421-4431 (FAX)
    *jkemppainen@rssclaw.com*
    *jwoulfe@rssclaw.com*

### CERTIFICATE OF SERVICE

A copy of the foregoing was filed and served via the Court's electronic filing system on August 31, 2020 upon all attorneys of record. Pursuant to Rule 55.03(a), the undersigned certifies that he has signed the original of this pleading and maintains said original at his office.

      /s/ John P. Kemppainen, Jr.

**IN THE CIRCUIT COURT OF GREENE COUNTY**
**STATE OF MISSOURI**

| | |
|---|---|
| STEPHEN CAULFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No.: 2031-CC00888 |
| v. ) | |
| ) | Division: I |
| TEXAS ROADHOUSE HOLDINGS, LLC ) | |
| ) | JURY TRIAL DEMANDED |
| Defendant. ) | |

## ENTRY OF APPEARANCE

COMES NOW Jennifer L. Woulfe of Rynearson, Suess, Schnurbusch & Champion, LLC, and hereby enters her appearance on behalf of Defendant Texas Roadhouse Holdings, LLC in the instant case.

**RYNEARSON, SUESS, SCHNURBUSCH**
**& CHAMPION, LLC**

BY   /s/ Jennifer L. Woulfe
  John P. Kemppainen, Jr.  #42461
  Jennifer L. Woulfe    #64252
  *Attorneys for Defendant.*
  500 N. Broadway, Suite 1550
  St. Louis, MO 63102
  314-421-4430/314-421-4431 (FAX)
  *jkemppainen@rssclaw.com*
  *jwoulfe@rssclaw.com*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed and served via the Court's electronic filing system on August 31, 2020 upon all attorneys of record. Pursuant to Rule 55.03(a), the undersigned certifies that she has signed the original of this pleading and maintains said original at her office.

        /s/ Jennifer L. Woulfe

Electronically Filed - Greene - August 31, 2020 - 02:51 PM

| | |
|---|---|
| STEPHEN CAULFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No.: 2031-CC00888 |
| v. ) | |
| ) | Division: I |
| TEXAS ROADHOUSE HOLDINGS, LLC ) | |
| ) | JURY TRIAL DEMANDED |
| Defendant. ) | |

## ANSWER OF DEFENDANT TEXAS ROADHOUSE HOLDINGS, LLC TO PLAINTIFF'S PETITION

COMES NOW Defendant Texas Roadhouse Holdings, LLC, by and through counsel, and for its Answer to Plaintiff Stephen Caulfield's Petition, states as follows:

1. This paragraph of Plaintiff's Petition states a legal conclusion to which no response is required. To the extent a response may be required, this Defendant denies the allegations contained in this paragraph of Plaintiff's Petition.

2. This Defendant admits that on March 28, 2019, it operated a Texas Roadhouse restaurant located at 255 E. Monastery St., Springfield, MO. It denies each and every other allegation contained in this paragraph of Plaintiff's Petition not specifically admitted herein.

3. This Defendant has insufficient information to admit or deny the allegations contained in this paragraph of Plaintiff's Petition and therefore denies them.

4. This Defendant denies the allegations contained in this paragraph of Plaintiff's Petition.

5. This Defendant denies the allegations contained in this paragraph of Plaintiff's Petition.

Electronically Filed - Greene - August 31, 2020 - 02:47 PM

6. This Defendant denies the allegations contained in this paragraph of Plaintiff's Petition.

7. This Defendant denies the allegations contained in this paragraph of Plaintiff's Petition, including all subparts.

8. This Defendant denies the allegations contained in this paragraph of Plaintiff's Petition, including all subparts.

## AFFIRMATIVE DEFENSES APPLICABLE TO ALL COUNTS

1. For its affirmative defense, this Defendant states Plaintiff's Petition and cause of action fails to state a claim for which relief can be granted.

2. For its further affirmative defense, this Defendant states hypothetically and in the alternative, without admitting any allegations contained in Plaintiff's Petition, and while continuing to deny the same, that should a verdict be entered in favor of Plaintiff, then that verdict must be reduced to the extent Plaintiff's own negligence caused or contributed to cause his damages, if any; such negligence consisting of one or more of the follows:

   a. Plaintiff failed to keep a careful lookout;
   b. Plaintiff failed to appreciate an open and obvious condition;
   c. Plaintiff was aware of the risk described in his Petition and proceeded in the face of said risk, thereby assuming the risk of injury;
   d. Plaintiff himself caused the condition complained of in his Petition;
   e. Plaintiff's fall was caused by his own body movements; and
   f. Plaintiff failed to mitigate his damages.

3. For its further affirmative defense, this Defendant states hypothetically and in the alternative, without admitting any allegations contained in Plaintiff's Petition, and while continuing to deny the same, that Plaintiff's damages were caused by the independent acts of third parties over whom this Defendant had no control or right of control and whose actions

constituted an intervening and superseding cause of Plaintiff's damages such that any negligence on the part of this Defendant was not the proximate cause of Plaintiff's damages, and therefore Plaintiff's claims against this Defendant are barred.

4. For its further affirmative defense, this Defendant states hypothetically and in the alternative, without admitting any allegations contained in Plaintiff's Petition, and while continuing to deny the same, that the condition complained of in Plaintiff's Petition constituted an open and obvious condition such that Plaintiff knew or should have known of said condition and as such, Plaintiff's claims against this Defendant are barred.

5. For its further affirmative defense, this Defendant states hypothetically and in the alternative, without admitting any allegations contained in Plaintiff's Petition, and while continuing to deny the same, that Plaintiff was aware of and appreciated the risk complained of in his Petition and proceeded in the face of said risk, thereby assuming the risk of injury and barring recovery from this Defendant.

6. This Defendant hereby demands a trial by jury.

WHEREFORE, Defendant Texas Roadhouse Holdings, LLC respectfully requests to be dismissed hence, together with its proper costs, and for whatever other and further relief the Court deems just and proper under the circumstances.

            **RYNEARSON, SUESS, SCHNURBUSCH & CHAMPION, LLC**

            BY   /s/ John P. Kemppainen, Jr.
              John P. Kemppainen, Jr.   #42461
              Jennifer L. Woulfe     #64252
              *Attorneys for Defendant.*
              500 N. Broadway, Suite 1550
              St. Louis, MO 63102
              314-421-4430/314-421-4431 (FAX)
              *jkemppainen@rssclaw.com*
              *jwoulfe@rssclaw.com*

## CERTIFICATE OF SERVICE

      A copy of the foregoing was filed and served via the Court's electronic filing system on August 31, 2020 upon all attorneys of record. Pursuant to Rule 55.03(a), the undersigned certifies that he has signed the original of this pleading and maintains said original at his office.

                                              /s/ John P. Kemppainen, Jr.

**IN THE CIRCUIT COURT OF GREENE COUNTY**
**STATE OF MISSOURI**

| | |
|---|---|
| STEPHEN CAULFIELD, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | Cause No.: 2031-CC00888 |
| v. ) | |
| ) | Division: I |
| TEXAS ROADHOUSE HOLDINGS, LLC ) | |
| ) | JURY TRIAL DEMANDED |
|     Defendant. ) | |

## CERTIFICATE OF SERVICE

COMES NOW the undersigned and hereby certifies that Defendant, Texas Roadhouse Holdings, LLC, served its Request for Admissions on August 31, 2020 via First Class U.S. Mail, postage prepaid, upon counsel for Plaintiff, Daniel Molloy, Aaron Sachs & Associates, PC, 3271 E. Battlefield, Suite 350, Springfield, MO 65804, with a Word version served via e-mail at: Daniel@autoinjury.com.

          **RYNEARSON, SUESS, SCHNURBUSCH**
          **& CHAMPION, LLC**

          BY   /s/ Jennifer L. Woulfe
              John P. Kemppainen, Jr.     #42461
              Jennifer L. Woulfe         #64252
              *Attorneys for Defendant.*
              500 N. Broadway, Suite 1550
              St. Louis, MO 63102
              314-421-4430/314-421-4431 (FAX)
              *jkemppainen@rssclaw.com*
              *jwoulfe@rssclaw.com*

## CERTIFICATE OF SERVICE

    A copy of the foregoing was filed and served via the Court's electronic filing system on August 31, 2020 upon all attorneys of record. Pursuant to Rule 55.03(a), the undersigned certifies that she has signed the original of this pleading and maintains said original at her office.

                  /s/ Jennifer L. Woulfe

IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

STEPHEN CAULFIELD

Plaintiffs,

V.

TEXAS ROADHOUSE HOLDINGS, LLC

Defendant.

Case No.: 2031-CC00888

## CERTIFICATE OF SERVICE

I certify that *Plaintiff's First Interrogatories to Defendant*, *Plaintiff's First Request for Production to Defendant* and this *Certificate of Service* were served through email and the electronic filing system pursuant to Supreme Court Rule 103.08, this __1st__ day of September 2020 addressed to the following attorneys for defendant:

John P. Kemppainen, Jr.
Jenifer L. Woulfe
RYNEARSON, SUESS, SCHNURBUSCH
& CHAMPION, LLC
500 N. Broadway, Suite 1550
St. Louis, MO 63102
jkemppainen@rssclaw.com
jwoulfe@rssclaw.com
Attorneys for Defendant

AARON SACHS & ASSOCIATES, P.C.

_____
DANIEL P. MOLLOY       #58871
Aaron Sachs & Associates, P.C.
3271 E. Battlefield Street, Suite 350
Springfield, MO 65804
Ph. (417) 889-1400
Fax (417) 889-5359
daniel@autoinjury.com

Electronically Filed - Greene - September 01, 2020 - 10:58 AM

IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

STEPHEN CAULFIELD

    Plaintiffs,

    V().

TEXAS ROADHOUSE HOLDINGS, LLC

    Defendant.

Case No.: 2031-CC00888

**PLAINTIFF'S REPLY TO DEFENDANT'S AFFIRMATIVE DEFENSES ASSERTED IN DEFENDANT'S ANSWER**

COMES NOW plaintiff, by and through his attorneys of record, and, for his Reply to Defendant's Affirmative Defenses, states as follows:

1. Plaintiff denies Affirmative Defense 1.

2. Plaintiff denies Affirmative Defense 2 and all subparts thereto.

3. Plaintiff denies Affirmative Defense 3.

4. Plaintiff admits that defendant's premises were in a dangerous condition as alleged in plaintiff Petition. Plaintiff denies that the dangerous condition of defendant's premises was open and obvious. Plaintiff denies each and every other allegation of Affirmative Defense 4.

5. Plaintiff admits that defendant's premises were in a dangerous condition and that the condition of defendant's premises constituted a risk to defendant's customers, including plaintiff. Plaintiff denies that he assumed any risk by patronizing defendant's restaurant. Plaintiff denies each and every other allegation of Affirmative Defense 5.

6. Plaintiff admits that defendant demands a trial by jury.

WHEREFORE, plaintiff prays for a judgment against defendant in such sum as is fair and reasonable, for an award of his taxable court costs, for post-judgment interest at the legal rate, and for such further and additional relief as is just and proper.

AARON SACHS & ASSOCIATES, P.C.

_____
DANIEL P. MOLLOY           #58871
3271 E. Battlefield, Suite 350
Springfield, MO 65804
Ph. (417) 889-1400  Fax (417) 889-5359
daniel@autoinjury.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that *Plaintiff's Reply to Defendant's Affirmative Defenses Asserted in Defendant's Answer* was served through the electronic filing system pursuant to Supreme Court Rule 103.08 this 1st day of September 2020 addressed to the following:

John P. Kemppainen, Jr.
Jenifer L. Woulfe
RYNEARSON, SUESS, SCHNURBUSCH
& CHAMPION, LLC
500 N. Broadway, Suite 1550
St. Louis, MO 63102
Attorneys for Defendant

_____
DANIEL P. MOLLOY           #58871